James A. Patten (ID No. 1191)
W. Scott Green (ID No. 2603)
**PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C**
2817 2nd Avenue North, Ste. 300
1301 North 27th Street
Billings, Montana 59101
Telephone: (406) 252-8500
Facsimile: (406) 294-9500
Email: jpatten@ppbglaw.com
      wsgreen@ppbgla.com
Attorney for Freight Agency, Inc.

IN THE UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE:<br><br>JENEVA S. LUNCEFORD<br>and CASEY E. LUNCEFORD,<br><br>    Debtors. | Case No. 11-60830-13<br><br>**REQUEST FOR SPECIAL NOTICE** |

Pursuant to F.R.B.P 2002(i)(g) FREIGHT AGENCY, INC., interested party in the above-entitled bankruptcy case, hereby request that all matters which must be noticed to creditors, any creditors committees and any other parties in interest, whether sent by the Court, the Debtor or any other party in the case, be sent or delivered to the undersigned; and pursuant to F.R.B.P. 2002(g) that the following be added to the Court's master mailing matrix.

    James A. Patten
    W. Scott Green
    **PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C.**
    2817 2ND Avenue North, Ste. 300
    Billings, MT 59101
    (406) 252-8500 telephone
    (406) 294-9500 facsimile
    japatten@ppbglaw.com
    wsgreen@ppbglaw.com
    Attorneys for Freight Agency, Inc.

Such notices shall include notices by mail, telephone, facsimile, or any other means of transmission and the notices requested shall include, but are not limited to, all notices relating to the matter set forth in F.R.B.P. 2002; matters relating to the appointment of a Trustee, or conversion or dismissal of the case; matters relating to the proposing or confirming of a plan; matters relating to adequate protection and the Debtor obtaining credit under 11 U.S.C. §361 or §364; and the matters relating to the use, sale, or lease of property under 11 U.S.C. §363 or the assumption or rejection of executory contracts or unexpired leases under 11 U.S.C. §365.

DATED this 12th day of Aug, 2011.

**PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C.**
2817 2ND Avenue North, Ste. 300
Billings, Montana 59101

By: /s/JA Patten
James A. Patten
Attorneys for Freight Agency, Inc.